**FILED**

FEB 03 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15CR2310-WQH |
| v. | JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AND RECALLING WARRANT FOR ARREST |
| BRYAN MATAYA (21) | |
| Defendant. | |

For good cause shown, it is ORDERED that the indictment is DISMISSED WITHOUT PREJUDICE as to defendant BRYAN MATAYA (21) only and the WARRANT FOR ARREST of BRYAN MATAYA is RECALLED.

DATED: 2/1/16.

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge